## Philadelphia *v.* Bogan.

Opinion by Rice, P. J., February 24, 1915:

This case is like the Edmonds case, in which we herewith file an opinion, except there is no counterclaim set up by the defendant here. For the reasons there given, the appeal is dismissed at the costs of the appellant, without prejudice, etc.